AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**

OCT 2 2 2003

Alberto Davila, Maria Davila

v.

USF Holland, Inc., Thomas C. Klatt, Sr.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 7021

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs, Alberto Davila and Maria Davila and against defendants USF Holland, Inc. and Thomas C. Klatt, Sr. in the amount of $11,000,000.00.

Michael W. Dobbins, Clerk of Court

Date: 10/20/2003

Robbie Hunt, Deputy Clerk