**DOCKETED**

**DEC 1 8 2003**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA DAVILA and ALBERTO DAVILA, administrators of the estate of ALBERTO DAVILA, JR., deceased, and MARIA DAVILA and ALBERTO DAVILA, individually, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) USF HOLLAND, INC., a Michigan ) corporation, and THOMAS C. KLATT, SR., ) ) Defendants. ) And ) GLORIA MANDUJANO, as Special ) Administrator of the Estate of ENRIQUE ) MANDUJANO, Deceased, ) ) Plaintiff, ) ) v. ) ) THOMAS C. KLATT, SR., individually and as ) an agent of USF HOLLAND, INC., a ) Michigan Corporation, ) ) Defendants/Third-Party Plaintiffs, ) ) v. ) ) Maria Davila, Special Administrator of the Estate ) Of Alberto Davila, Jr., ) ) Third-Party Defendant ) | Case No. 02 C 7021<br><br>**FILED**<br><br>DEC 1 7 2003<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Judge Manning<br>Magistrate Judge Schenkier |

### STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

Plaintiff Gloria Mandujano, as Special Administrator of the Estate of Enrique Mandujano, Deceased ("Plaintiff"), and the Defendants Thomas C. Klatt, Sr. and USF Holland Inc. (collectively "Defendants"), by their attorneys, pursuant to settlement reached between



Plaintiff and Defendants, hereby stipulate to the dismissal of Plaintiff's complaint against Defendants, with prejudice, with all parties to bear their own costs and fees. It is further requested that the Court retain jurisdiction over this matter solely for the purpose of enforcing the terms of the settlement.

Respectfully submitted:

| | |
|---|---|
| GLORIA MANDUJANO, Special Administrator of the Estate of ENRIQUE MANDUJANO | THOMAS C. KLATT, SR. and USF HOLLAND INC., Defendants |
| By: _____ dated: 10/17/03 | By: _____ dated: 10/21/03 |
| One of her Attorneys | One of their Attorneys |
| Thomas J. Popovich | Marshall Seeder |
| Law Offices of Thomas J. Popovich, P.C. | Kendra C. Shearer |
| 3416 W. Elm Drive | José A. Isasi, II |
| McHenry, IL 60050 | SACHNOFF & WEAVER, LTD. |
| (815) 344-3797 | 30 South Wacker Drive, Suite 2900 |
| | Chicago, Illinois 60606 |
| | (312) 207-1000 |